Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Mattar Randazzo

Carl J. Skaja (SBN: 185852)
carl@sdlplaw.com
**SKAJA, DANIELS, LISTER & PERMITO**
960 Canterbury Place, Suite 110
Escondido, CA 92025
Telephone:  (760) 781-3464
Facsimile:   (760) 781-3484

*Attorneys for Defendant,*
Conrad Credit Corporation

[Additional Counsel for Defendants on Signature Page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTAR RANDAZZO,**<br><br>                    PLAINTIFF,<br><br>v.<br><br>**CONRAD CREDIT CORPORATION; AND, VALLEY ATHLETIC CLUB, LLC, AKA PURE FITNESS,**<br><br>                    DEFENDANTS. | Case No: 3:13-cv-01023-JM-BGS<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>HON. JEFFREY T. MILLER |

Plaintiff **MATTAR RANDAZZO,** (hereinafter "Plaintiff"), Defendant **CONRAD CREDIT CORPORATION,** (hereinafter "Conrad"), and Defendant **VALLEY ATHLETIC CLUB, LLC, AKA PURE FITNESS,** (hereinafter "Pure Fitness") (jointly

hereinafter referred to as "the Defendants") (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, and in support of this motion hereby state:

1. The Parties have reached a settlement in this action;

2. The Parties to the litigation have entered into this Joint Motion;

3. The Defendants, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4. The settlement between Plaintiff and Defendants is memorialized in written settlement agreements, now fully executed by Plaintiff and the Defendants;

5. The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice.

[Additional Attorneys for Defendants]:

Michael David London (SBN: 51018)
mdl@purefitness.cc
**MICHAEL LONDON APC**
701 B. Street, Suite 366
San Diego, CA 92101
Telephone:   (619) 233-5337
Facsimile:   (619) 233-9249

*Attorneys for Defendant,*
Valley Athletic Club, LLC
aka Pure Fitness

Dated: April 8, 2014                          **HYDE & SWIGART**

                                              By:  /s/ Jessica R. K. Dorman
                                                  Jessica R. K. Dorman
                                                  *Attorneys for Plaintiff*

Dated: April 8, 2014          **SKAJA, DANIELS, LISTER & PERMITO**

By:   /s/ Carl J. Skaja
Carl J. Skaja
*Attorneys for Defendant,*
Conrad Credit Corporation

Dated: April 8, 2014          **MICHAEL LONDON APC**

By:   /s/Michael David London
Michael David London
*Attorneys for Defendant,*
Valley Athletic Club, LLC
aka Pure Fitness

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Carl J. Skaja and Michael David London, counsel for the Defendants, and that I have obtained Mr. Skaja's and Mr. London's authorization to affix their electronic signatures to this document.

Dated: April 8, 2014          **HYDE & SWIGART**

By:   /s/ Jessica R. K. Dorman
Jessica R. K. Dorman
*Attorneys for Plaintiff*